

**ORDERED in the Southern District of Florida on October 26, 2022.**

_____

**A. Jay Cristol, Judge
United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-17711-BKC-AJC
CHAPTER 13

IN RE:
CASSANDRA WHITE,
        Debtor.
_____/

### ORDER GRANTING EXTENSION OF THE AUTOMATIC STAY PURSUANT TO § 362(c)(3)(B)

THIS CAUSE having come on to be heard on the Chapter 13 Consent Calendar at 9:00 a.m., on October 25, 2022, on the Debtor's Emergency Motion to Extend the Automatic Stay  pursuant to 11.U.S.C. § 362(c)(3)(B), [ECF 9] this Court having heard argument of counsel, a proffer of testimony of witness, and based on the record, this Court makes the following **Findings of Fact and Conclusions of Law**:

1.      The Debtor(s), CASSANDRA WHITE, has met her burden of proof by clear and convincing evidence that the Automatic Stay should be extended pursuant to 11 U.S.C. 362 (c)(3)(B).

2.      All payments made are vested and non-refundable to the Debtor(s).

1

**IT IS THEREFORE ORDERED:**

3.      The Debtor(s) Emergency Motion to Extend Stay is GRANTED and the

Automatic Stay shall be in full force and effect against all creditors until further Order of this

Court or upon any subsequent Order granting relief from the automatic stay.

**###**

**Submitted by:**
Michael A. Frank, Esquire
2000 Northwest 89th Place, Suite 201
Doral, FL 33172
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

**Copies furnished to:**
Michael A. Frank, Esquire
Apollo Group Holdings c/o Ocean Bank, Attn: Ivan Castaneda
Cazenovia Creek Funding I LLC
Miami-Dade Tax Collector
TLFGY LLC
TLOA Servicing LLC


        Attorney, Michael A. Frank, is directed to mail a conformed copy of this Order to
all interested parties immediately upon receipt.